1 | James G. Kreissman (State Bar No. 206740)
jkreissman@stblaw.com
2 | Simona G. Strauss (State Bar No. 203062)
sstrauss@stblaw.com
3 | Michael R. Lizano (State Bar No. 246222)
mlizano@stblaw.com
4 | SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
5 | Palo Alto, California 94304
Telephone: (650) 251-5000
6 | Facsimile:  (650) 251-5002

7 | Attorneys for Defendant/Counterclaimant
INTEL CORPORATION

8

9

10 UNITED STATES DISTRICT COURT

11 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 SAN JOSE DIVISION

13

14 | SCOTT SHEPPARD and JAY FULLER,
individuals,

Case No. C09 00535 (JW)

15 | Plaintiffs/Counter-Defendants,

**ORDER DENYING REQUEST FOR
CONTINUANCE OF HEARING ON
MOTIONS**

16 | v.

17

18 | INTEL CORPORATION, INC., a Delaware
Corporation,

19 | Defendant/Counterclaimant.

20

21

22 PURSUANT TO CIVIL LOCAL RULE 6-2, THE PARTIES HEREBY

23 STIPULATE AND REQUEST, for the reasons specified in the accompanying declaration, that

24 this Court continue the hearing on (i) Plaintiffs' motion to dismiss Defendant's counter-complaint

25 for failure to join an indispensable party and (ii) Plaintiffs' motion for judgment on the pleadings

26 from Monday, September 21, 2009 at 9:00 a.m. to **Monday, September 28, 2009 at 9:00 a.m**.

27 Pursuant to Civil Local Rules 7-3(a) and (b), Defendant's statements of opposition

28 or non-opposition to both motions must be filed and served on Friday, September 4, 2009.

Stipulated Request and [Proposed] Order for Changing Time
Case No. C09 00535 (JW)

1   Pursuant to Civil Local Rule 7-3(c), Plaintiffs' reply briefs on both motions must be filed and

2   served on Monday, September 14, 2009.  The parties must file and serve any motion alerting the

3   Court to a recent decision affecting the Two Motions by September 25, 2009.

4           THE PARTIES FURTHER HEREBY STIPULATE AND REQUEST, for the

5   reasons specified in the accompanying declaration, that this Court continue the Initial Case

6   Management Conference from Monday, September 21, 2009 at 10:00 a.m. to **Monday,**

7   **September 28, 2009 at 10:00 a.m**.

8           The last day that the parties may meet and confer pursuant to Fed. R. Civ. P. 26(f),

9   file an ADR Certification, and file either an ADR Stipulation or Notice of Need for ADR Phone

10   Conference will be September 4, 2009.  The parties will file a joint case management conference

11   statement, including a discovery plan and initial disclosures, by September 18, 2009.  The last date

12   to file and serve a motion for a telephonic appearance at the initial case management conference

13   will be September 21, 2009.

14

15   Dated:  August 27, 2009

16

17   Intel Corporation

18   By _____/s/_____

19   James G. Kreissman

20   Simpson Thacher & Bartlett LLP

21   2550 Hanover Street

22   Palo Alto, California 94304

23   *Attorneys for Defendant/Counterclaimant*

24   Dated:  August 27, 2009

25   *//*

26   *//*

27   *//*

28   *//*

1   Scott Sheppard and Jay Fuller

2   By _____ /s/ _____

3   Joseph A. White

4   Fried & Bonder, LLC

5   Promenade II, Suite 3750

6   1230 Peachtree Street, N.E.

7   Atlanta, Georgia 30309

8   *Attorneys for Plaintiffs/Counter-defendants*

9   Dated:  August 27, 2009

10

11

12   **\*\*\* ORDER \*\*\***

13      Although the Court encourages the parties to continue their settlement efforts, the Court

14   DENIES the parties' request for a continuance of the hearing on Plaintiff's Motions currently set

15   for September 21, 2009 because the Court's September 28, 2009 will be highly impacted by any

16   additional motions at this time.  In the event that the parties reach any tentative agreement and

17   wish the Court to not rule on the Motions, the parties may file a Status Report re: Settlement on or

18

19   before **September 16, 2009** to update the Court and make such request.

20

21    Dated:  September 1, 2009            _____

22                                         JAMES WARE
                                          United States District Judge

23

24

25

26

27

28

Stipulated Request and [Proposed] Order for Changing Time
Case No. C09 00535 (JW)                    3