

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT SHEPPARD and JAY FULLER, individuals, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> INTEL CORPORATION, INC., a Delaware Corporation, <br><br> Defendant/Counterclaimant. | Case No. C09 00535 (JW) <br><br> **ORDER CONTINUING HEARING ON MOTIONS AND CASE MANAGEMENT CONFERENCE** |

    Upon further submissions by the parties, the Court finds good cause to continue the hearing on Plaintiffs' Motion for Judgment on the Pleadings and Motion to Dismiss Counter-Complaint from September 21, 2009 to **October 5, 2009 at 9 a.m.** The Court also continues the Case Management Conference to the same day at **10 a.m.**

    This continuance is to facilitate the parties' on-going settlement discussions. On or before **September 14, 2009**, Defendant shall file their Oppositions to Plaintiffs' Motions. If no Oppositions are filed, the parties shall file a Joint Status Report re: Settlement Negotiations.

Dated: September 3, 2009

_____
JAMES WARE
United States District Judge