1  James G. Kreissman (State Bar No. 206740)
   jkreissman@stblaw.com
2  Simona G. Strauss (State Bar No. 203062)
   sstrauss@stblaw.com
3  Michael R. Lizano (State Bar No. 246222)
   mlizano@stblaw.com
4  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
5  Palo Alto, California 94304
   Telephone: (650) 251-5000
6  Facsimile:  (650) 251-5002

7  Attorneys for Defendant/Counterclaimant
   INTEL CORPORATION
8
   Scott L. Bonder (*pro hac vice*)
9  sbonder@friedbonder.com
   Joseph A. White (*pro hac vice*)
10 jwhite@friedbonder.com
   FRIED & BONDER, LLC
11 Promenade II, Suite 3750
   1230 Peachtree Street, N.E.
12 Atlanta, GA 30309
   Telephone: (404) 995-8808
13 Facsimile: (404) 995-8899

14 Rand N. White (State Bar No. 73142)
   rand@dyer-white.com
15 Dyer & White, LLP
   800 Oak Grove Avenue, Suite 200
16 Menlo Park, CA 94025
   Telephone: (650) 325-7000
17 Facsimile: (650) 325-3116

18 Attorneys for Plaintiffs/Counter-Defendants
   SCOTT SHEPPARD AND JAY FULLER
19

*IT IS SO ORDERED*
*Judge James Ware*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

20                    UNITED STATES DISTRICT COURT

21                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

22 SCOTT SHEPPARD and JAY FULLER,              Case No. C09 00535 (JW)
   individuals,
23                                              **ORDER CONTINUING STATUS
                    Plaintiffs/Counter-Defendants, CONFERENCE**
24
                    v.
25
   INTEL CORPORATION, INC., a Delaware
26 Corporation,

27                  Defendant/Counterclaimant.

28

Joint Status Report re: Settlement Negotiations
Case No. C09 00535 (JW)

Pursuant to the Court's order dated October 1, 2009, Defendant and Counterclaimant Intel Corporation ("Intel") and Plaintiffs and Counter-Defendants Scott Sheppard and Jay Fuller ("Sheppard and Fuller") (collectively, the "Parties") respectfully submit this joint status report to the Court regarding their on-going settlement negotiations.

On September 9, 2009, the Parties reached an agreement in principle on the settlement of all claims and counterclaims currently pending before this Court. On October 8, 2009, the Parties executed a final settlement agreement. The Parties anticipate filing a mutual stipulation of dismissal of all claims and counterclaims by the end of October.

SIMPSON THACHER & BARTLETT LLP

By _____/s/_____

James G. Kreissman

Attorneys for Defendant/Counterclaimant Intel Corporation

Dated: October 9, 2009


FRIED & BONDER, LLC

By _____/s/_____

Scott L. Bonder

Attorneys for Plaintiffs/Counter-Defendants Scott Sheppard and Jay Fuller

Dated: October 9, 2009


**\*\*\* ORDER \*\*\***

In light of the parties' representation, the Court continues the Status Conference currently set on October 19, 2009 to **November 16, 2009 at 10 a.m.**. On or before **November 6, 2009**, the parties shall file either a Stipulated Dismissal or a Joint Status Statement.

Dated: October 15, 2009

_____
JAMES WARE
United States District Judge