| | |
|---|---|
| 1 | James G. Kreissman (State Bar No. 206740) |
| | jkreissman@stblaw.com |
| 2 | Simona G. Strauss (State Bar No. 203062) |
| | sstrauss@stblaw.com |
| 3 | Michael R. Lizano (State Bar No. 246222) |
| | mlizano@stblaw.com |
| 4 | SIMPSON THACHER & BARTLETT LLP |
| | 2550 Hanover Street |
| 5 | Palo Alto, California 94304 |
| | Telephone: (650) 251-5000 |
| 6 | Facsimile:  (650) 251-5002 |
| 7 | Attorneys for Defendant/Counterclaimant |
| | INTEL CORPORATION |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT SHEPPARD and JAY FULLER, individuals, | Case No. C09 00535 (JW) |
| Plaintiffs/Counter-Defendants, | **Stipulation and [~~Proposed~~] Order of Dismissal of All Claims and Counterclaims Pursuant to Federal Rule of Civil Procedure 41** |
| v. | |
| INTEL CORPORATION, INC., a Delaware Corporation, | |
| Defendant/Counterclaimant. | |

Defendant and Counterclaimant Intel Corporation ("Intel") and Plaintiffs and Counter-Defendants Scott Sheppard and Jay Fuller ("Sheppard and Fuller"), by and through their respective counsel, hereby stipulate that all claims and counterclaims filed in the above-captioned action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), with all parties to bear their own costs.

//

//

//

//

1  Intel Corporation

2  By _____/s/_____

3  James G. Kreissman

4  Simpson Thacher & Bartlett LLP

5  2550 Hanover Street

6  Palo Alto, California 94304

7  *Attorneys for Defendant/Counterclaimant*

8  Dated:  October 23, 2009

9

10 Scott Sheppard and Jay Fuller

11 By _____/s/_____

12 Joseph A. White

13 Fried & Bonder, LLC

14 Promenade II, Suite 3750

15 1230 Peachtree Street, N.E.

16 Atlanta, Georgia 30309

17 *Attorneys for Plaintiffs/Counter-defendants*

18 Dated:  October 23, 2009

19

20

21 PURSUANT TO STIPULATION, IT IS SO ORDERED: The Court terminates any remaining deadlines, hearings and motions. The Clerk shall close this file.

22

23 _____/s/ James Ware_____

24 Hon. James Ware, U.S.D.J.

25 Dated:  October 27, 2009

26

27

28